IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| Shawnte L. Savage, | ) | |
| | ) | Case No. 17-36514 |
| Debtor. | ) | Honorable Judge Cassling |

**OBJECTION TO CONFIRMATION OF PLAN**

NOW COMES Capital One Auto Finance, a division of Capital One N.A., by and through its undersigned attorney, on its Objection to Confirmation of Plan, and in support thereof states as follows:

1. Capital One Auto Finance has a security interest in one 2014 Toyota Corolla Sedan 4D LE I4, VIN 2T1BURHE0EC165450, which was perfected by recording its lien on title.

2. Capital One Auto Finance alleges the value set forth in Debtor's Chapter 13 Plan is unacceptable. Debtor proposes a "cramdown" pursuant to 11 U.S.C. §506 and alleges the value of the collateral is $13,450.00 and the secured claim is $17,249.00.

3. Capital One Auto Finance alleges the vehicle was purchased within 910 days of the petition date and therefore entitled to the petition balance of $18,456.87.

WHEREFORE, Capital One Auto Finance, a division of Capital One N.A., respectfully requests this Court of entry of an Order denying confirmation and for such other and further relief as the Court deems just.

Respectfully submitted,

*/s/ Jennifer M. Rinn*

Rinn Richman Law LLC
PO Box 465
Chicago, IL 60690
Ph: 586-899-5086

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| Shawnte L. Savage, | ) | |
| | ) | Case No. 17-36514 |
| Debtor. | ) | Honorable Judge Cassling |

### NOTICE OF OBJECTION TO CONFIRMATION OF PLAN
### AND CERTIFICATE OF SERVICE

*AN OBJECTION TO CONFIRMATION OF PLAN HAS BEEN FILED.

Please be advised that the attached objection to confirmation of plan shall be presented on February 8, 2018 at 10:00 am before the Honorable Judge Cassling at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604 pursuant to the notice generated by the court on January 16, 2018, to the following parties:

To: David M Siegel, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090; and

Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603.

The objection was further served by depositing a printed copy into the US Mail on January 16, 2018, with postage prepaid at the address listed on the creditor matrix, upon the following parties, others not served:

To: Shawnte L. Savage, 1513 W. 79th, Apt. 2, Chicago, IL 60620.

/s/ Jennifer M. Rinn

Jennifer M. Rinn
Rinn Richman Law LLC
PO Box 465
Chicago, IL 60690
Ph: 586-899-5086
jennifer@rinnrichmanlaw.com

*This is an attempt to collect a debt and any information obtained will be used for that purpose.