2/20/18 8:54AM

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Shawnte L. Savage** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number: **17-36514**
(If known)

☑ Check if this is an amended plan, and list below the sections of the plan that have been changed.

Official Form 113
# Chapter 13 Plan                                                                                       12/17

## Part 1: Notices

**To Debtor(s):** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies*

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

The following matters may be of particular importance. *Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

| | | | |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not Included |
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☑ Included | ☐ Not Included |

## Part 2: Plan Payments and Length of Plan

**2.1   Debtor(s) will make regular payments to the trustee as follows:**

**$525** per **Month** for **36** months

*Insert additional lines if needed.*

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2   Regular payments to the trustee will be made from future income in the following manner.**

*Check all that apply:*
☐ Debtor(s) will make payments pursuant to a payroll deduction order.
☑ Debtor(s) will make payments directly to the trustee.
☐ Other (specify method of payment):

**2.3 Income tax refunds.**
*Check one.*
☐ Debtor(s) will retain any income tax refunds received during the plan term.

APPENDIX D                                                  Chapter 13 Plan                                                  Page 1

| Debtor | **Shawnte L. Savage** | Case number | **17-36514** |
|---|---|---|---|

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all income tax refunds received during the plan term.

☑ Debtor(s) will treat income refunds as follows:
**Debtor(s) shall submit a copy of their tax return to the Trustee each year by April 20. The debtors shall tender to the Trustee the amount of any tax refund in excess of $1,200.00 each year within 7 days of receipt of the tax refund. Refunds must be received by the Trustee by April 20 of each year.**

**2.4 Additional payments.**
*Check one.*
☑ None. *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

**2.5** The total amount of estimated payments to the trustee provided for in §§ 2.1 and 2.4 is $**18,900.00**.

| Part 3: | **Treatment of Secured Claims** |
|---|---|

**3.1 Maintenance of payments and cure of default, if any.**

*Check one.*
☑ None. *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

**3.2 Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*

☑ None. *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

**3.3 Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
☐ None. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*
☑ The claims listed below were either:

(1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or

(2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value.

These claims will be paid in full under the plan with interest at the rate stated below. These payments will be disbursed either by the trustee or directly by the debtor(s), as specified below. Unless otherwise ordered by the court, the claim amount stated on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) controls over any contrary amount listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. The final column includes only payments disbursed by the trustee rather than by the debtor(s).

| **Name of Creditor** | **Collateral** | **Amount of claim** | **Interest rate** | **Monthly plan payment** | **Estimated total payments by trustee** |
|---|---|---|---|---|---|
| **Capital One Auto Finance** | **2014 Toyota Corolla** | **$18,456.87** | **6.00%** | **$384.67** <br> Disbursed by: <br> ☑ Trustee <br> ☐ Debtor(s) | **$21,156.62** |

*Insert additional claims as needed.*

**3.4 Lien avoidance**.

*Check one.*
☑ None. *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5 Surrender of collateral.**

*Check one.*
☑ None. *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

2/20/18 8:54AM

| Debtor | **Shawnte L. Savage** | Case number | **17-36514** |
|---|---|---|---|

**Part 4:    Treatment of Fees and Priority Claims**

**4.1    General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2    Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case but are estimated to be **6.00**% of plan payments; and during the plan term, they are estimated to total $**1,890.00**.

**4.3    Attorney's fees.**

The balance of the fees owed to the attorney for the debtor(s) is estimated to be $**4,000.00**.

**4.4    Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
☑    **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

**4.5    Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*
☑    **None**. *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

**Part 5:    Treatment of Nonpriority Unsecured Claims**

**5.1    Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☐    The sum of $          .
☐    _____% of the total amount of these claims, an estimated payment of $_____.
☑    The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**0.00**. Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2    Maintenance of payments and cure of any default on nonpriority unsecured claims.** *Check one.*

☑    **None.** *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

**5.3    Other separately classified nonpriority unsecured claims.** *Check one*.

☑    **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

**Part 6:    Executory Contracts and Unexpired Leases**

**6.1    The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one*.

☑    **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

**Part 7:    Vesting of Property of the Estate**

**7.1    Property of the estate will vest in the debtor(s) upon**
*Check the appliable box:*
☐    plan confirmation.

2/20/18 8:54AM

| Debtor | **Shawnte L. Savage** | Case number | **17-36514** |

☑ entry of discharge.
☐ other: _____

### Part 8:  Nonstandard Plan Provisions

**8.1    Check "None" or List Nonstandard Plan Provisions**
☐    **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.*

*The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.*

1. **Capital One Auto Finance shall receive preconfirmation adequate protection payments in the amount of $100.00 per month.  It shall receive $100.00 per month post-confirmation until November, 2018 wherein the set payment shall increase to $450.00 per month.**

### Part 9:  Signature(s):

**9.1    Signatures of Debtor(s) and Debtor(s)' Attorney**
*If the Debtor(s) do not have an attorney, the Debtor(s) must sign below, otherwise the Debtor(s) signatures are optional. The attorney for Debtor(s), if any, must sign below.*

X  **/s/ Shawnte L. Savage**                                        X  _____
   **Shawnte L. Savage**                                                Signature of Debtor 2
   Signature of Debtor 1

   Executed on   **February 20, 2018**                              Executed on  _____

X  **/s/ David M. Siegel**                                          Date  **February 20, 2018**
   **David M. Siegel**
   Signature of Attorney for Debtor(s)

**By filing this document, the Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Official Form 113, other than any nonstandard provisions included in Part 8.**

| Debtor | **Shawnte L. Savage** | Case number | **17-36514** |
|---|---|---|---|

## Exhibit: Total Amount of Estimated Trustee Payments

The following are the estimated payments that the plan requires the trustee to disburse. If there is any difference between the amounts set out below and the actual plan terms, the plan terms control.

| | | |
|---|---|---:|
| a. | **Maintenance and cure payments on secured claims** *(Part 3, Section 3.1 total)* | **$0.00** |
| b. | **Modified secured claims** *(Part 3, Section 3.2 total)* | **$0.00** |
| c. | **Secured claims excluded from 11 U.S.C. § 506** *(Part 3, Section 3.3 total)* | **$21,156.62** |
| d. | **Judicial liens or security interests partially avoided** *(Part 3, Section 3.4 total)* | **$0.00** |
| e. | **Fees and priority claims** *(Part 4 total)* | **$5,890.00** |
| f. | **Nonpriority unsecured claims** *(Part 5, Section 5.1, highest stated amount)* | **$4,453.38** |
| g. | **Maintenance and cure payments on unsecured claims** *(Part 5, Section 5.2 total)* | **$0.00** |
| h. | **Separately classified unsecured claims** *(Part 5, Section 5.3 total)* | **$0.00** |
| i. | **Trustee payments on executory contracts and unexpired leases** *(Part 6, Section 6.1 total)* | **$0.00** |
| j. | **Nonstandard payments** *(Part 8, total)* + | **$0.00** |
| | **Total of lines a through j** | **$31,500.00** |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 17-36514-DRC
Shawnte L. Savage                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: arodarte              Page 1 of 2          Date Rcvd: Feb 21, 2018
                            Form ID: pdf003             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2018.
db           +Shawnte L. Savage,    1513 W. 79th,   Apt. 2,    Chicago, IL 60620-4108
26269567     ++CREDITORS BANKRUPTCY SERVICE,    PO BOX 800849,    DALLAS TX 75380-0849
               (address filed with court:  Creditors Bankruptcy Service,    PO Box 800849,   Dallas, TX 75380)
26269562     +City of Chicago,    Dept. of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
26269563      City of Chicago Parking,    121 N LaSalle Street,    Room 107A,   Chicago, IL 60602-1232
26269564      Comcast,   PO Box 3002,    Southeastern, PA 19398-3002
26269565      Comcast,   Bankruptcy Department,    11621 E. Marginal Way 5,    Tukwila, WA 98168-1965
26269566     +Convergent Outsoucing, Inc,    Po Box 9004,    Renton, WA 98057-9004
26314704     +ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
26269570     +PLS,   9920 South Western Ave.,    Chicago, IL 60643-1831
26269571      Secretary of State License Renewal,    3701 Winchester Road,    Springfield, IL 62707-9700
26269572     +Secretary of State S1200 7928 5743,    Safety & Financial Responsibility,
               2701 South Dirksen Parkway,    Springfield, IL 62723-1000
26269573     +Sherman Savage, Jr.,    1513 W 79th,   Apt. 3,    Chicago, IL 60620-4108
26269576     ++T MOBILE,   C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,   OKLAHOMA CITY OK 73118-7901
               (address filed with court:  T Mobile,    PO Box 742596,   Cincinnati, OH 45274-2596)
26308173     +The Payday Loan Store,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
               Dallas, TX 75380-0849
26269577     +Us Dept Ed,   Ecmc/Bankruptcy,    Po Box 16408,   St Paul, MN 55116-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
26269558     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 22 2018 02:11:03     American InfoSource,
               4515 N. Santa Fe Ave.,    Oklahoma City, OK 73118-7901
26269559     +E-mail/Text: Harris@ebn.phinsolutions.com Feb 22 2018 02:01:53      Arnold Scott Harris, P.C.,
               111 W. Jackson Blvd. Ste. 600,    Chicago, IL 60604-3517
26269560     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 22 2018 02:10:37      Ascension Capital Group,
               NCEP, LLC,    PO Box 165028,   Irving, TX 75016-5028
26269561     +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Feb 22 2018 02:11:36
               Capital One Auto Finance,    Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
26296030     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 22 2018 02:09:52
               Capital One Auto Finance,    a division of Capital One, N.A.,    c/o AIS Portfolio Service,
               4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
26278919     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 22 2018 02:09:53
               Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
               4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
26318628     +E-mail/Text: Harris@ebn.phinsolutions.com Feb 22 2018 02:01:53
               City of Chicago Department of Finance,    c/o Arnold Scott Harris, P.C.,
               111 W. Jackson Blvd Ste. 600,    Chicago, IL 60604-3517
26269568     +E-mail/Text: bknotice@ercbpo.com Feb 22 2018 01:59:46     ERC/Enhanced Recovery Corp,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
26269569     +E-mail/PDF: pa_dc_claims@navient.com Feb 22 2018 02:11:24     Navient Solutions Inc,
               11100 Usa Pkwy,    Fishers, IN 46037-9203
26269574      E-mail/Text: appebnmailbox@sprint.com Feb 22 2018 01:59:20      Sprint,   PO Box 4191,
               Carol Stream, IL 60197-4191
26269575      E-mail/Text: appebnmailbox@sprint.com Feb 22 2018 01:59:21      Sprint Corp.,
               Attn: Bankruptcy Dept.,    PO Box 7949,   Overland Park, KS 66207-0949
26306967     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 22 2018 02:11:05      T Mobile/T-Mobile USA Inc,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                              Signature:   /s/Joseph Speetjens

```
District/off: 0752-1          User: arodarte            Page 2 of 2           Date Rcvd: Feb 21, 2018
                              Form ID: pdf003           Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:
              David M Siegel     on behalf of Debtor 1 Shawnte L. Savage davidsiegelbk@gmail.com,
               author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Jennifer M Rinn    on behalf of Creditor    Capital One Auto Finance, a division of Capital One,
               N.A., c/o AIS Portfolio Services, LP Jennifer@rinnrichmanlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Tom  Vaughn    ecf@tvch13.net,   ecfchi@gmail.com
                                                                                         TOTAL: 4
```